No. 96–6660. LAWSON v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 96–6664. LATTANZIO v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 96–6666. MIZELL, AKA WALKER v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 96–6672. REEDOM v. CITY OF FORT WORTH ET AL. C. A. 5th Cir. Certiorari denied.

No. 96–6674. HOLLAR v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 96–6675. JOHNSON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 96–6677. GRANADA v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 96–6682. COWAN ET AL. v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 96–6683. BROWN v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 96–6685. MORALES v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 96–6686. HOY v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 96–6687. GOODMAN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 96–6702. DAVAGE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 96–6704. REBOLLEDO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 96–6706. JOHNSON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 96–6707. IGUADE v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.